```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/20/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jinkeng Chen,

        Plaintiff,

  –v–

Kevin McAlleenan, et al.,

        Defendant.

19-cv-10783 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    In light of the fact that Defendants have not yet appeared in the above-captioned action, the initial pretrial conference scheduled for April 24, 2020 is hereby adjourned *sine die*.

    The Court notes that Plaintiff has not yet filed proof of service on Defendants. He shall do so by May 4, 2020. Plaintiff is on notice that failure to comply with this Order may result in his claim being dismissed with prejudice for failure to prosecute.

    Within 5 days, Plaintiff shall serve this Order on Defendant and file proof of that service on the public docket.

    SO ORDERED.

Dated: April 20, 2020
       New York, New York

                                          ALISON J. NATHAN
                                         United States District Judge